IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-CR-20188-RAR-5

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS VELEZ,

    Defendant.
_____/

**FIRST UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the Defendant, CARLOS VELEZ, who, by and through the undersigned counsel, move this Honorable Court to enter an Order continuing his Sentencing, and, as grounds thereof, states as follows:

1. The Defendant's Sentencing is currently scheduled for Tuesday, June 17, 2025, at 10:30 AM in front of the Honorable Judge Ruiz.

2. We are seeking a continuance to be able to gather and present mitigating evidence on behalf of the Defendant regarding several factors, including but not limited to his military service.

3. An early August 2025 date is being requested by both parties due to family health- related familial matters for the undersigned counsel as well as travel conflicts for both counsel's.

4. AUSA Katherine Guthrie has been advised of this request and indicates no objection.

WHEREFORE, the Defendants respectfully pray that this Honorable Court grant this Unopposed Motion to Continue Sentencing.

Respectfully submitted,

SAAM ZANGENEH, P.A.

14 Northeast 1st Avenue, Suite 300

Miami, Florida 33132

Telephone: (305) 441-2333

Facsimile: (305) 908-8693

Email: saam@zangenehlaw.com

/s/    *Saam Zangeneh*

By: Saam Zangeneh, Esq.

Fla. Bar No.: 526721

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 4th day of June, 2025.

*/s/ Saam Zangeneh*

By: Saam Zangeneh, Esq.