UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20188-RAR-5

UNITED STATES OF AMERICA

v.

**CARLOS ANDRES VELEZ**,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** comes before the Court upon Defendant, Carlos Andres Velez's Unopposed Motion for Permission to Travel ("Motion"), [ECF No. 239]. The Court having reviewed the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendant, Carlos Andres Velez is permitted to travel to New York, from July 5, 2025, through July 25, 2025, as outlined in his Motion. Mr. Velez shall provide his travel itinerary to his Probation Officer prior to departure and shall notify his Probation Officer upon his return. All other terms and conditions of Defendant's Bond shall remain in full force and effect.

**DONE AND ORDERED** in Miami, Florida this 3rd day of July, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**