IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-CR-20188-RAR-5

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS VELEZ,

        Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, CARLOS VELEZ, who, by and through the undersigned counsel, move this Honorable Court to enter an Order continuing his Sentencing, and, as grounds thereof, states as follows:

1. The Defendant's Sentencing is currently scheduled for Monday, July 28, 2025, in front of the Honorable Judge Ruiz.

2. A sudden conflict has arisen that necessitates undersigned counsel's presence out of the jurisdiction on July 28, 2025.

3. AUSA Katherine Guthrie has been advised of this request and indicates that she has no objection to continuing the matter until the following week.

4. Both parties are requesting that this matter be continued to any day the following week or as the Court sees fit.

WHEREFORE, the Defendant respectfully prays that this Honorable Court grant this Unopposed Motion to Continue Sentencing.

Respectfully submitted,

SAAM ZANGENEH, P.A.

14 Northeast 1st Avenue, Suite 300

Miami, Florida 33132

Telephone:     (305) 441-2333

Facsimile:     (305) 908-8693

Email:         saam@zangenehlaw.com

<u>/s/     **_Saam Zangeneh_**</u>

By:    Saam Zangeneh, Esq.

    Fla. Bar No.:   526721

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed this 15th day of July, 2025.

*/s/ Saam Zangeneh*

By:    Saam Zangeneh, Esq.