UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20188-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

CARLOS ANDRES VELEZ,

    Defendant.
_____/

## NOTICE ON FORFEITURE

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this Notice on Forfeiture.

On August 4, 2025, the Court entered a Judgment against the defendant, ECF No. 263, directing the United States to submit a proposed Order of Forfeiture within three days of sentencing. The United States is not pursuing federal judicial forfeiture at this time.

    Respectfully Submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:   *s/G. Raemy Charest-Turken*
    Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
    Assistant United States Attorney
    E-mail: Gabrielle.Charest-Turken@usdoj.gov
    99 N.E. 4th Street, Suite 700
    Miami, Florida 33132
    Phone: (305) 961-9365