IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

```
FILED BY____MCO____D.C.
OCT 17 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

Vs                          CASE NO.: 1:24-CR-20188-RAR(5)

CARLOS ANDRES VELEZ

### PRO SE MOTION FOR EXTENSION OF SELF-SURRENDER DATE

NOW COMES the Defendant, Carlos Andres Velez, pro se and in absentia, respectfully requesting that this Honorable Court grant an extension of the date by which he must self-surrender to the designated Bureau of Prisons facility. In support of this Motion, Defendant states the following:

1. On August 4, 2025, the Court sentenced Defendant to a term of imprisonment of 24 months and ordered self-surrender as directed by the US Marshals.

2. Defendant respectfully requests an extension of the self-surrender date until January 5, 2026.

3. Prior to the instant offense the defendant, and his wife (co-defendant Kimberly Ruiz) were the nuclear family to two beautiful school aged children; Dylan Velez (9) and Arya Velez (6). Both children are presently located in New York and The Court has graciously allowed the defendant(s) to travel to make sure they are tended to during their absence. However, both Arya and Dylan are struggling with this new, temporary arrangement, and



permitting Mr. Velez to be present through this holiday season and in preparation of the second half of the school year, would have a huge impact on their school performance and living situation.

4. Mr. Velez is particularly concerned with Arya, who in addition to temporarily losing both of her parents, just recently started first grade, and as The Court well knows these are huge adjustments for a six year old.

5. Mr. Velez would like to have this extra time to prepare the children and to assist their temporary guardians through the holiday period.

6. In addition this request is made to allow Defendant sufficient time to properly prepare his family, personal interests, business interests for his extended absence.

7. Defendant is not a flight risk and has complied with all conditions of pre-surrender release.

8. If at all possible Mr. Velez would respectfully ask that the court delay the self surrender until Monday January 5, 2026. This would allow the transition, spending the holidays and the children to be back to school. Mr. Velez understands the gravity of his actions and takes full responsibility for them. Both parents are still "together" and will reunite after their prison sentences, with that in mind Mr. Velez is hopeful that The Court will allow him to surrender January 5, 2026 so that the children have at least one of their parents home for the holidays each of these years. Ms. Ruiz custodial portion of her sentence will be over by Christmas 2026.

9. This request is made in good faith and not for the purpose of delay.



As seen by The Court Mr. Velez is cognizant of his actions and their consequences. Mr. Velez is also a veteran who has been a good man and father outside of the instant offense. Mr. Velez and Ms. Ruiz and their two children are a nuclear family and the children have already had major disruption. Allowing Mr. Velez to delay reporting until January 5, 2026 will ease the transition and insure that Dylan and Arya have at least one parent during the tough holiday season.

Respectfully submitted

_____  10/15/25
Carlos Velez            Date

Scanned with CamScanner

**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL.

**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE®

Click-N-Ship®

9405 5301 0935 5224 9445 90 0084 0000 1203 3128

U.S. POSTAGE PAID

Mailed from 33004  088910991739355

usps.com
$1.40
US POSTAGE

10/15/2025
0 lb 12 oz

Created 10/15/2025
Flat Rate Envelope
RDC 03
C071

REC'D BY
OCT 17 2025
CLERK U.S. DISTRICT
S.D. OF FLA - MIAMI

CARLOS VELEZ
STE 100
700 E DANIA BEACH BLVD
DANIA BEACH FL 33004-3939

UNITED STATES DISTRICT COURT
400 N MIAMI AVE
MIAMI FL 33128-1801

USPS TRACKING #

9405 5301 0935 5224 9445 90



delivery date specified for domestic use.
Shipments include $100 of insurance (restrictions apply).*
Tracking® service included for domestic and many international destinations.
International insurance.**
When shipping internationally, a customs declaration form is required.

Coverage does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
Visit usps.com or http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ANY WEIGHT

TRACKED ■ INSURED

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.